IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

     Plaintiff,                    No. 2:11-cv-2330-KJM-EFB

     vs.

RAJ K. SIDHER, dba MEADOWS VIDEO; KIRAN SIDHER,

     Defendants.               ORDER TO SHOW CAUSE

     This case, in which defendants are proceeding pro se, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1); Dckt. No 14. On February 15, 2012, the undersigned issued an order setting a status (pretrial scheduling) conference for June 27, 2012 and directing the parties to file a status report within fourteen days of the scheduled conference (or by June 13, 2012). Dckt. No. 15.

     On June 13, 2012, plaintiff filed a status report in accordance with the February 15 order; however, no such status report was filed by defendants. Therefore, defendants will be ordered to file a status report and will also be ordered to show cause why they should not be sanctioned for their failure to comply with the February 15 order. E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power

1

of the Court."); *see also* L.R. 183 ("Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure and by these Local Rules."); *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal.").

Accordingly, IT IS HEREBY ORDERED that:

1. The status (pretrial scheduling) conference currently set for June 27, 2012 is continued to August 22, 2012 at 10:00 a.m. in Courtroom No. 24.

2. Plaintiff's request to change the time of the June 27 hearing, Dckt. No. 16, is denied as moot.

3. On or before August 1, 2012, defendants shall file a status report addressing the issues raised in the February 15, 2012 order, Dckt. No. 15.

4. On or before August 1, 2012, defendants shall show cause, in writing, why sanctions should not be imposed for their failure to comply with the February 15, 2012 order.

5. Plaintiff is not required to file a further status report or a response to defendants' status report, but if he elects to do so, any such status report or response to defendants' status report shall be filed on or before August 8, 2012.

6. Failure of defendants to comply with this order may result in the imposition of sanctions, including a recommendation that their answers be stricken and that they be held in default.

DATED: June 21, 2012.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2