IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                              No. 2:11-cv-2330-KJM-EFB PS

      vs.

RAJ K. SIDHER, individually and dba MEADOWS VIDEO; KIRAN SIDHER,                         <u>ORDER</u>

      Defendants.
_____/

    This case, in which defendants are proceeding pro se, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1); Dckt. No 14. On August 17, 2012, the undersigned issued an order and findings and recommendations, recommending that defendants' answers be stricken and their defaults be entered due to defendants' failure to comply with this court's February 15, 2012 and June 21, 2012 orders and this court's Local Rules. Dckt. No. 19. The order also vacated the August 22, 2012 status conference. *Id.*

    However, on August 23, 2012, defendants filed objections to the findings and recommendations, along with a purported status report. Dckt. Nos. 20, 21. Defendants state that their failures to comply with this court's orders and Local Rules were inadvertent. *Id.*

1

1   Defendants also indicate that they will be sure to comply with all future court orders, as well as
2   all procedural rules. *Id.*
3         In light of defendants' representations, the August 17, 2012 findings and
4   recommendations will be vacated and the status conference will be rescheduled.[1]  Defendants
5   will also be directed to file a further status report specifically addressing the matters set forth in
6   this court's February 15, 2012 order. Dckt. No. 15.
7         Accordingly, IT IS HEREBY ORDERED that:
8         1. The August 17, 2012 findings and recommendations are vacated.
9         2. The status (pretrial scheduling) conference is re-set for September 19, 2012 at 10:00
10  a.m. in Courtroom No. 24.
11        3. On or before September 5, 2012, defendants shall file a further status report
12  addressing the matters set forth in this court's February 15, 2012 order.
13        4. Plaintiff is not required to file a further status report, but if he elects to do so, such
14  report shall be filed on or before September 12, 2012.
15  DATED: August 27, 2012.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants are admonished that future failures to comply with this court's orders and/or Local Rules may result in the imposition of sanctions.

2